1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8         WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE
9

10  UNITED STATES OF AMERICA,   )
                                )
11          Plaintiff,           )    CASE NO.   CR06-307 RSM
                                )
12      v.                      )
                                )
13                              )    DETENTION ORDER
    QUOC SI LE,                  )
14                              )
            Defendant.           )
15  _____)

16  Offense charged:

17         Conspiracy to Distribute Marijuana, in violation of Title 21, U.S.C., Sections

18         841(a)(1), 841(b)(1)(B), and 846.

19  Date of Detention Hearing: September 20, 2006

20         The Court, having conducted a contested detention hearing pursuant to Title 18

21  U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention

22  hereafter set forth, finds that no condition or combination of conditions which the defendant

23  can meet will reasonably assure the appearance of the defendant as required and the safety

24  of any other person and the community. The Government was represented by Lisca

25  Borichewski. The defendant was represented by Phil Brennan.

26

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Due to the nature of the instant offense, Defendant's extensive criminal history and his association with an alias name, he is viewed a risk of danger.

(3) Defendant is viewed as a risk of non-appearance due to his questionable immigration status and strong family ties to Vietnam.

(4) The strength of the Government's case is based upon a search of the defendant's residence where ten pounds of marijuana was found concealed in his infant son's bedroom.

Based upon the foregoing information, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which

DETENTION ORDER
PAGE -2-

        the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of September, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-